IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FILED IN OPEN COURT.**

DATE: _____ 10·05·05 _____

TIME: _____ 9:48 Am _____

INITIALS: _____ E _____

UNITED STATES OF AMERICA

V.

Cr. No. 05-20349-D, 05-20352-Ml

Orthal Stone

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of October 5, 2005 through October 19, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, October 19, 2005 at 9:30 a.m. BEFORE MAGISTRATE JUDGE PHAM.**

*S. Thomas Anderson*

UNITED STATES MAGISTRATE JUDGE

DATE: _October 05, 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-6-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20349 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT